OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

NORTH HOUSTON TX 77

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RESORTED FIRST CLASS

02 1M
0004279596
$ 00.26⁵
JAN 08 2015

MAILED FROM ZIP

1/7/2015

**SMITH, WAYNE**      Tr. Ct. No. W00-73063-S (B)      WR-62,807-0

The Court has dismissed without written order this subsequent application for a wr
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

WAYNE SMITH
ELLIS I UNIT - TDC # 1096076
1697 FM 980
HUNTSVILLE, TX 77343

UTF

RTS

1EBN3B 77320